# EXHIBIT 2



# Notice of Service of Process

null / ALL
Transmittal Number: 17139914
Date Processed: 09/14/2017

| | |
|---|---|
| Primary Contact: | Donna Vienneau<br>Franchise World Headquarters, LLC<br>Int'l Legal Dept<br>325 Sub Way<br>Milford, CT 06461 |
| Electronic copy provided to: | Debbie Mead<br>Bethany Appleby<br>Keith Brough<br>Donna Travis |
| Entity: | Doctor's Associates Inc.<br>Entity ID Number  1570141 |
| Entity Served: | Doctor's Associates, Inc. |
| Title of Action: | Mark J. Wallace vs. Doctor's Associates, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Class Action |
| Court/Agency: | Cook County Circuit Court, Illinois |
| Case/Reference No: | 2017CH11997 |
| Jurisdiction Served: | Florida |
| Date Served on TCC: | 09/13/2017 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Thomas A. Zimmerman, Jr.<br>312-440-0020 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to The Company Corporation
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (01/25/17) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MARK J. WALLACE, individually, and on behalf of all others similarly situated,

(Name all parties)

v.

DOCTOR'S ASSOCIATES, INC., a Florida corporation

No. 2017CH11997
CALENDAR/ROOM 1
TIME 00:00
Class Action

Please serve:
Doctor's Associates, Inc.
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahasee, FL 32301

☑ SUMMONS ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __802__, Chicago, Illinois 60602
☐ District 2 - Skokie    ☐ District 3 - Rolling Meadows    ☐ District 4 - Maywood
   5600 Old Orchard Rd.     2121 Euclid                        1500 Maybrook Dr.
   Skokie, IL 60077          Rolling Meadows, IL 60008         Maywood, IL 60153
☐ District 5 - Bridgeview ☐ District 6 - Markham 16501     ☐ Child Support: 50 W.
   10220 S. 76th Ave.         S. Kedzie Pkwy. Markham,        Washington, LL-01,
   Bridgeview, IL 60455       IL 60428                         Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 34418
Name: Zimmerman Law Offices, P.C.
Atty. for: Plaintiff MARK J. WALLACE
Address: 77 West Washington Street, Suite 1220
City/State/Zip Code: Chicago, Illinois 60602
Telephone: (312) 440-0020
Primary Email: tom@attorneyzim.com
Secondary Email: firm@attorneyzim.com
Tertiary Email: _____

Witness: _____

DOROTHY BROWN  SEP 0 1 2017

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code)  (Facsimile Telephone Number)

SERVED THIS 13 DAY OF Sept
20 17 AT _____ A.M. 12:30 P.M.
WALT McNEIL, SHERIFF OF LEON COUNTY FL
BY ____41503____ DS

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Page 1 of 1



# Notice of Service of Process

WCE / ALL
Transmittal Number: 17193304
Date Processed: 09/27/2017

| | |
|---|---|
| **Primary Contact:** | Donna Vienneau<br>Franchise World Headquarters, LLC<br>Int'l Legal Dept<br>325 Sub Way<br>Milford, CT 06461 |
| **Electronic copy provided to:** | Debbie Mead<br>Bethany Appleby<br>Keith Brough<br>Donna Travis |

| | |
|---|---|
| **Entity:** | Doctor's Associates Inc.<br>Entity ID Number 1570141 |
| **Entity Served:** | Doctor's Associates, Inc. |
| **Title of Action:** | Mark J. Wallace vs. Doctor's Associates, Inc. |
| **Document(s) Type:** | Notice |
| **Nature of Action:** | Class Action |
| **Court/Agency:** | Cook County Circuit Court, Illinois |
| **Case/Reference No:** | 17 CH 11997 |
| **Jurisdiction Served:** | Florida |
| **Date Served on TCC:** | 09/25/2017 |
| **Answer or Appearance Due:** | Other/NA |
| **Originally Served On:** | CSC |
| **How Served:** | Regular Mail |
| **Sender Information:** | Thomas A. Zimmerman, Jr.<br>312-440-0020 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to The Company Corporation**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – CHANCERY DIVISION

MARK J. WALLACE, individually, and )
on behalf of all others similarly situated, )
                                                           )
                              Plaintiff, )    Case No. 17 CH 11997
                                                           )
                  v.                           )
                                                           )
DOCTOR'S ASSOCIATES, INC., a )
Florida corporation, )
                                                           )
                             Defendant. )

## NOTICE OF FILING

To:     Doctor's Associates, Inc.
         c/o Registered Agent
         Corporation Service Company
         1201 Hays Street
         Tallahassee, FL 32301

     PLEASE TAKE NOTICE that on September 20, 2017, we filed with the Clerk of the Circuit Court of Cook County, Chancery Division, the *Affidavit of Service of Summons and Complaint on Defendant Doctor's Associates, Inc.,* which is being served contemporaneously herewith.

                                          Plaintiff MARK J. WALLACE, individually, and
                                          on behalf of all others similarly situated,

                         By: _____
                                         Thomas A. Zimmerman, Jr.
                                         *tom@attorneyzim.com*
                                         Sharon A. Harris
                                         *sharon@attorneyzim.com*
                                         Matthew C. De Re
                                         *matt@attorneyzim.com*
                                         Nickolas J. Hagman
                                         *nick@attorneyzim.com*

>Maebetty Kirby
>maebetty@attorneyzim.com
>ZIMMERMAN LAW OFFICES, P.C.
>77 West Washington Street, Suite 1220
>Chicago, Illinois 60602
>(312) 440-0020 telephone
>(312) 440-4180 facsimile
>www.attorneyzim.com
>Firm ID: 34418

Counsel for Plaintiff and the Class

## CERTIFICATE OF SERVICE

I, Judy Hampton, a non-attorney, certify that I served the attached document to the parties, as above addressed, via first class U.S. Mail, postage pre-paid, by depositing the envelope in the mailbox located at 77 West Washington Street, Chicago, Illinois, on September 20, 2017.

*/s/ Judy Hampton*

[X] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in this instrument are true and correct.

2

| RETURN OF SERVICE |
|---|

PERSON TO BE SERVED:  RECEIPT NUMBER: 0003773-17

CORPORATION SERVICE COMPANY
DOCTOR'S ASSOCIATES, INC
1201 HAYS STREET
TALLAHASSEE, FL

---

PLAINTIFF: MARK J WALLACE
DEFENDANT: DOCTOR'S ASSOCIATES, INC
TYPE WRIT: SUMMONS, COMPLAINT

COURT: COOK CO/ILLINOIS           COURT DATE:
CASE #: 2017CH11997               COURT TIME:

---

Received the above-named writ on September 8, 2017, at 8:15 AM, and SERVED / NONSERVED the same on the 13 day of SEP, 2017, at 1230 AM / PM in LEON County, Florida, as follows:

X  GOVERNMENTAL AGENCY / OFFICIAL / ASSOCIATION / CORPORATION
By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to SARA LEA, FL SEC., CORP SERVICE CO

as REGISTERED AGENT of the within named Defendant

to-wit: DOCTOR'S ASSOCIATES, INC

_____ NOT FOUND
By returning said writ unserved for the reason that after due diligence to locate, the named person to-wit: _____
could not be found in LEON County, Florida.

---

SERVICE COST: $40.00                    WALT MCNEIL, SHERIFF
RM, CIVIL CLERK                         LEON COUNTY, FLORIDA

MAIL TO:                                BY: _____

ZIMMERMAN LAW OFFICE PC                 [ ] DEPUTY SHERIFF  [X] PROCESS SERVER
77 W WASHINGTON ST STE 1220
CHICAGO, IL 60602
                                        CHELSEA STALLWORTH
                                        Print Name

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons

(01/25/17) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MARK J. WALLACE, individually, and on behalf of all others similarly situated,

(Name all parties)

v.

DOCTOR'S ASSOCIATES, INC., a Florida corporation

No. 2017CH11997
CALENDAR/ROOM 11
TIME 00:00
Class Action

Please serve:
Doctor's Associates, Inc.
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahasee, FL 32301

### ☑ SUMMONS ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __802__, Chicago, Illinois 60602
☐ District 2 - Skokie          ☐ District 3 - Rolling Meadows   ☐ District 4 - Maywood
   5600 Old Orchard Rd.           2121 Euclid                      1500 Maybrook Dr.
   Skokie, IL 60077               Rolling Meadows, IL 60008        Maywood, IL 60153
☐ District 5 - Bridgeview     ☐ District 6 - Markham 16501     ☐ Child Support: 50 W.
   10220 S. 76th Ave.             S. Kedzie Pkwy. Markham,         Washington, LL-01,
   Bridgeview, IL 60455           IL 60428                         Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 34418
Name: Zimmerman Law Offices, P.C.
Atty. for: Plaintiff MARK J. WALLACE
Address: 77 West Washington Street, Suite 1220
City/State/Zip Code: Chicago, Illinois 60602
Telephone: (312) 440-0020
Primary Email: tom@attorneyzim.com
Secondary Email: firm@attorneyzim.com
Tertiary Email: _____

Witness: _____

DOROTHY BROWN SEP 0 1 2017

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

(Area Code) (Facsimile Telephone Number)

SERVED THIS 13 DAY OF Sept
20 17 AT ___ A.M. 12:30 P.M.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
WALTON MCNEIL SHERIFF OF LEON COUNTY FL
BY _____

Page 1 of 1

**ZIMMERMAN LAW OFFICES, P.C.**
77 West Washington Street
Suite 1220
Chicago, Illinois 60602



Doctor's Associates, Inc.
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301